UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| OMNITEK PARTNERS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>MAZDA MOTOR OF AMERICA INC. dba MAZDA, and MAZDA MOTOR CORPORATION,<br><br>        Defendants. | Civil Action No. 6:20-cv-439-ADA<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE

CAME ON THIS DAY for consideration of the Joint Stipulation to Dismiss with Prejudice between Plaintiff Omnitek Partners, LLC, and Defendants Mazda Motor of America Inc., dba Mazda, and Mazda Motor Corporation, and the Court being of the opinion that said stipulation should be GRANTED, hereby:

Accordingly, IT IS ORDERED that the case is CLOSED.

SIGNED this __2nd__ day of __August__ 2021.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE